IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BRECK BECK, JR.,<br><br>    Defendant. | 8:17CR176<br><br>**ORDER ON APPEARANCE FOR<br>SUPERVISED RELEASE VIOLATION** |

  The defendant appeared before the Court on March 19, 2021, regarding Second Amended Petition for Offender Under Supervision [79]. Julie Hansen represented the defendant. Matt Lierman represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

  The government made an oral motion to dismiss Petition for Offender Under Supervision [48] and Amended Petition for Offender Under Supervision [75]. The government's oral motion to dismiss Petition for Offender Under Supervision [48] and Amended Petition for Offender Under Supervision [75] is granted without objection.

  The defendant freely, knowingly, intelligently, and voluntarily waived the right to a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The Court finds probable cause as alleged in the petition to believe the defendant violated the terms of supervised release and the defendant should be held to answer for a final dispositional hearing. Fed. R. Crim. P. 32.1(b)(1)(C). The defendant shall appear personally for a final dispositional hearing before U.S. District Judge Robert F. Rossiter, Jr. in Courtroom No. 4, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:30 a.m. on March 31, 2021.

  On the Court's own motion, a detention hearing will be held on March 29, 2021, commencing at 9:30 a.m. before U.S. Magistrate Judge Michael D. Nelson in Courtroom No. 6, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant is released on current conditions of supervision pending further order.

2

**IT IS SO ORDERED**.

Dated this 19th day of March, 2021.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge